UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INTERNATIONAL MARKETING SYSTEMS, LTD, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; TROY A. MILLER, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, <br><br> Defendants. | Court No. 20-01740 |

## MOTION TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Rules of the United States Court of International Trade, Plaintiff hereby moves to amend the electronically filed Complaint in the subject action by substituting the attached Amended Complaint document for the Complaint document originally filed with the Court. The reasons in support of this motion, which are more fully set forth in the memorandum annexed hereto, are:

1. Plaintiff filed the initial Complaint on September 19, 2020.

2. Plaintiff has not previously amended the Complaint.

3. Plaintiff has requested the Defendants' for their consent and will follow up with such consent (or denial) once received. In the interim the Plaintiff has filed this Amended Complaint to preserve its rights associated with the tariffs imposed by List 4A which went into effect on August 20, 2019 since a plaintiff must commence an action under 28 U.S.C. § 1581(i)(1) "within two years after the cause of action first accrues," 28 U.S.C. § 2636(i).

4. With the amendments Plaintiff seeks to include timely claims as to the actions taken by Defendants associated with the tariffs imposed by List 4A, to consolidate claims and with the expectation of averting any need to file a separate action at a later time.

5. No party will be prejudiced, and the best interests of justice will be served by allowing the filing of the proposed First Amended Complaint.

6. Plaintiff has attached an original of the proposed Amended Complaint as Exhibit 1 to its Memorandum in Support of its Motion to Amend Complaint.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Plaintiff's Motion to Amend Complaint, and directing the Clerk of the Court to accept Plaintiff's First Amended Complaint for filing.

Respectfully submitted,

Dated: August 19, 2021

_____
Ashley W. Craig
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
AWCraig@Venable.com
202.344.4351
*Counsel to International Marketing Systems, Ltd*

_____
Elizabeth Lowe
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
EKLowe@Venable.com
202.344.4213
*Counsel to International Marketing Systems, Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, copies of Plaintiff's Motion to Amend Pleading, Memorandum in Support of Motion to Amend Pleading, and Proposed Order were caused to be served on Defendants' counsel at the following address by certified mail, return receipt requested:

Justin R. Miller
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Jamie L. Shookman
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch – Civil Division
26 Federal Plaza, Room 346
New York, NY 10278

General Counsel Greta Peisch
Office of the General Counsel
Office of the U.S. Trade Representative
600 17th Street, NW
Washington, DC 20006

_____
Ashley Craig

_____
Elizabeth Lowe